IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

v.                               *    Case No.   1:19-CR-00205-1-RDB

CORNELL SLATER                   *

                                 *

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this ___19th___ day of ___October___, _2022_, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Richard D. Bennett
United States District Judge